OFFICIAL LOCAL FORM 3A

United States Bankruptcy Court
District of Massachusetts

POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

DATED: September 6, 2013

POST-CONFIRMATION THIRD AMENDED CHAPTER 13 PLAN

Docket No.: 10-23891

DEBTOR(S):

(H) **Bertulli, Anthony**　　　　　　　　SS#: **8691**
(W) _____　　SS#:

I.　　**AMENDED PLAN PAYMENT AND TERM:**

TERM OF THE PLAN: **60** Months (Total length of Plan – not no. of months remaining.) If the Plan is longer than thirty-six (36) months, a statement of cause under 11 U.S.C. § 1322(d) must be attached hereto.

AMENDED PLAN PAYMENT: Debtor(s) to pay monthly: **$571.00**
EFFECTIVE:

The claims listed below must include amounts previously disbursed by the trustee on all claims which have subsequently been withdrawn or disallowed.

II.　　**SECURED CLAIMS:**

A.　　Claims to be paid through the Plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|

**None**

B.　　Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Ocwen** | **Mortgage** |
| **Eastern Bank** | **Lien on vehicle** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **Ocwen** | **Loan Modification** | **$0.00** |

D. Leases:

    i. The debtor(s) intend(s) to reject the residential/personal property lease claims of **None**

    ii. The debtor(s) intend(s) to assume the residential/personal property lease claims of **None**

    iii. The arrears under the lease to be paid under the Plan are _____.

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Internal Revenue Service** | **Anticipated deficiency** | $ 11,263.00 |
| Total of Priority Claims to Be Paid Through the Plan: | | $ <u>11,263.00</u> |

## IV. ADMINISTRATIVE CLAIMS:

A. Attorney's Fees (to be paid through the Plan):     $ <u>1,200.00</u>

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The chapter 13 trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **20.50%** of their claims.

A. General unsecured claims:     $     44,378.24

B. Undersecured claims arising after lien avoidance/cramdown:
**None**

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C.    Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total of Unsecured Claims (A + B + C):                                        $    44,378.24

D.    Multiply total by percentage:                                          $    9097.54
      (Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E.    Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

Total amount of separately classified claims payable at ____%:        $_____

## VI.    OTHER PROVISIONS:

A.    Liquidation of assets to be used to fund the Plan:

B.    Miscellaneous Provisions:

C.    Set forth below, all changes from the previously Confirmed Plan:

Secured: Claim is satisfied

Priority: No change.

Unsecured: The dividend has increased to 6.61%.

Term: No change.

Plan Payment: The plan payment has increased to $571.00 per month.

## VII.    CALCULATION OF AMENDED PLAN PAYMENT:

| | | | |
|---|---|---|---|
| A. | Secured claims (Section II-A Total): | $ | 0.00 |
| B. | Priority claims (Section III-A & B Total): | $ | 11263.00 |
| C. | Administrative claims (Section IV-A&B Total): | $ | 1200.00 |
| D. | Regular unsecured claims (Section V-D Total): + | $ | 9097.54 |
| E. | Separately classified unsecured claims: | $ | 0.00 |
| F. | Total of A + B + C + D + E above:    = | $ | 21,560.54 |
| G. | Divide (F) by .90 for total including trustee's fee:    Cost of Plan = | $ | 23,956.16 |

(This represents the total amount to be paid into the Chapter 13 Plan)

| | | | |
|---|---|---|---:|
| H. | Subtract the total amount of payment the debtor has paid to the trustee to date: | $ | 8,736.00 |
| I. | Total amount left to be paid (G minus H) | $ | 15,220.16 |
| J. | Remaining payments for old mortgage arrears | $ | 763.63 |
| K. | Total of I +J | $ | 15,983.79 |
| J. | Divide (I) by # of months remaining: | | 28 |
| K. | Round up to nearest dollar: Amended Monthly Plan Payment | $ | 571.00 |

Date Amended Payment to begin: 10/01/2013

## VIII. LIQUIDATION ANALYSIS

☐  The debtor avers that there have been no material changes to the total amount set forth in the Summary of the Liquidation Analysis of the debtor's previously Confirmed Plan.

A. Real Estate:

| Address | Fair Market Value | Total Amt. of Recorded Liens (Schedule D) |
|---|---|---|
| **Condominium, 21 Erick Road, Mansfield, MA** | **80,000.00** | **115,928.00** |

| | |
|---|---|
| Total Net Equity for Real Property: | $ 0.00 |
| Less Total Exemptions (Schedule C): | $ 0.00 |
| Available Chapter 7: | $ 0.00 |

B. Automobile

| (Describe year, make, model): | Value | Lien | Exemption |
|---|---|---|---|
| **2006 Ford Fusion** | **$7,500.00** | **9,206.00** | **3,450.00** |

| | |
|---|---|
| Total Net Equity for Real Property: | $ 0.00 |
| Less Total Exemptions (Schedule C): | $ 0.00 |
| Available Chapter 7: | $ 0.00 |

C. All other Assets: (All remaining items on schedule B) : (Itemize as necessary)

| | |
|---|---|
| Total Net Equity for Real Property: | $ **1,700.00** |
| Less Total Exemptions (Schedule C): | $ **1,700.00** |
| Available Chapter 7: | $ 0.00 |

D. Liquidation Summary (Total amount available under chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:  $ <u>**0.00**</u>

Additional Comments regarding Liquidation Analysis:

IX. Signatures

Pursuant to the Chapter 13 Rules, the debtor(s) or his or her counsel will serve a copy of the Plan upon the chapter 13 trustee, all creditors and interested parties, and file a Certificate of Service accordingly.

/s/ Ira H. Grolman  
Debtor's Counsel

September 3, 2013  
Date

Counsel's Address:  
321 Columbus Avenue  
Boston, MA 02116  
Tel. #  
Email Address:  
grolman@d-and-g.com

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ Anthony Bertulli  
Debtor

September 3, 2013  
Date

omit  
Debtor

omit  
Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: | ) | |
| Anthony Bertulli, | ) | Chapter 13 |
| *Debtor* | ) | Case No: 10-23891 (FJB) |

## CERTIFICATE OF SERVICE

I, Ira H. Grolman, state that on 6 September, 2013, I filed electronically the foregoing Third Amended Post-Confirmation Chapter 13 Plan with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. I served the referenced document on the following CM/ECF participants:

John Fitzgerald, Esq.
Assistant U.S. Trustee
John W. McCormick Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109

Carolyn Bankowski, Esq.
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

Amy N. Azza, Esq.
Orlans Moran PLLC
P.O. Box 962169
Boston, MA 02196

Blair Korschun
Bankruptcy Servicer for Eastern Bank Corporation
Ascension Capital Group, Inc.
P.O. Box 201347
Arlington, TX 76006

And by first-class mail, postage prepaid, on the attached list of creditors.

/s/ Ira H. Grolman (556709)
Donahue Grolman & Earle
321 Columbus Avenue
Boston, MA 02116
(617) 859-8966

| | | |
|---|---|---|
| Ascension Capital<br>C/O Eastern Bank<br>POB 201347<br>Arlington, TX 76006 | Bank Of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Cash Yes<br>Physical Address Unknown<br>Infocy@Cashyes.Com<br>????? |
| Citi Cards<br>PO BOX 183051<br>Columbus, OH 43218-3051 | Collect500.Com<br>PO Box 06597<br>Chicago, IL 60606 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |
| Discount Advances<br>Physical Address Unknown<br>Fax No. 866 729 3376<br>????? | EastSide Lenders<br>Physical Address Unknown<br>Service@Eastsidelenders.Com<br>? | Gmac Mortgage (BY ECF)<br>C/O Amy Azza / Orlans Moran<br>POB 962169<br>Boston, MA 02196 |
| GMAC Property<br>POB 1330<br>Waterloo, IA 50704 | Great Sky Finance LLC<br>D/B/A Great Sky Cash<br>PO Box 406<br>Timber Lake, SD 57656 | HFC<br>C/O Shechtman Halperin Savage<br>352 Newbury Street<br>Boston, MA 02115 |
| HSBC Card Services<br>PO Box 80026<br>Salinas, CA 93912-0026 | Internal Revenue Service<br>Andover, MA 05501 | Paradise Cash Advance<br>Physical Address Unknown<br>Customerservice@Paradisecashadvance.Com<br>????? |
| RTN Federal Credit Union<br>600 Main Street<br>Waltam, MA 02452 | United Cash Loans<br>Physical Address Unknown<br>Customerservice@Unitedcashloans.Com<br>????? | Wells Fargo Financial<br>Customer Service F4008-80<br>800 Walnut<br>Des Moines, IA 50309 |